ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of - | ) | |
| | ) | |
| US Comfort Building Services | ) | ASBCA Nos. 62448, 62739, 62740 |
| | ) | |
| Under Contract No. N62473-18-G-5813 | ) | |

APPEARANCE FOR THE APPELLANT:    Mr. Elyes Mastour
    President

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
    Navy Chief Trial Attorney
    Julie C. Ruggieri, Esq.
    Trial Attorney

## ORDER OF DISMISSAL

On May 4, 2022, the Board issued an Order directing appellant to inform the Board, by no later than May 24, 2022, whether it desires to move forward with the above-captioned appeals in light of the withdrawal of its counsel and its subsequent failure to submit a status report that the Board had ordered. Appellant did not respond to the Board's Order. On July 6, 2022, the Board issued a Show Cause Order directing appellant, within 21 days, to show cause why the appeals should not be dismissed with prejudice for failure to prosecute. Appellant has had more than 10 months to respond to the Board's Order, but has failed to do so. Accordingly, the above appeals are dismissed with prejudice pursuant to Board Rule 17.

Dated: June 1, 2023

KENNETH D. WOODROW
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                          I concur


RICHARD SHACKLEFORD                               J. REID PROUTY
Administrative Judge                              Administrative Judge
Acting Chairman                                   Vice Chairman
Armed Services Board                              Armed Services Board
of Contract Appeals                               of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62448, 62739, 62740, Appeals of US Comfort Building Services, rendered in conformance with the Board's Charter.

Dated:  June 1, 2023


PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals